IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHAZ SIMMS,<br><br>    Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-203-TCB-JSA |

### **O R D E R**

The parties having announced that this case has settled, *see* [26], the Clerk is directed to administratively close this case. The parties shall file a dismissal upon finalization of the settlement. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

IT IS SO ORDERED this 31st day of May, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket-control device used by the Court for statistical purposes. The parties need file a motion to reopen the case only if settlement negotiations fail. This Order will not prejudice the rights of the parties to this litigation in any manner.