# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHAZ SIMMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:17-CV-00203-TCB-JSA |
| SYNCHRONY BANK and ) | |
| DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, CHAZ SIMMS, and the named Defendant, SYNCHRONY BANK, through their respective undersigned counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1 (N.D. Ga.), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by the Plaintiff against Defendant Synchrony Bank in the above-styled civil action, with the parties to bear their own attorney's fees, costs, and expenses.

[SIGNATURES FOLLOW ON NEXT PAGE]

1

Respectfully submitted this 1st day of August, 2018.

| | |
|---|---|
| /s/ Joseph P. McClelland | /s/ Monica K. Gilroy |
| Joseph P. McClelland | Monica K. Gilroy |
| joseph@jacksonlaws.com | monica.gilroy@gilroyfirm.com |
| Georgia Bar No. 483407 | Georgia Bar No. 427520 |
| **Counsel for Plaintiff Chaz Simms** | *[Signed with express permission]* |
| | **Counsel for Defendant** |
| | **Synchrony Bank** |
| **JOSEPH P. MCCLELLAND, LLC** | **THE GILROY FIRM** |
| Post Office Box 100 | 3780 Mansell Road, Suite 140 |
| Jackson, Georgia 30233 | Alpharetta, Georgia 30022 |
| Tel: (770) 775-0938 | Tel: (678) 280-1922 |
| Fax: (770) 775-0938 | Fax: (678) 280-1923 |